UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DIXON ROSALES | ) | |
| | ) | CIVIL ACTION NO. |
| | ) | |
| Versus | ) | JUDGE |
| | ) | |
| | ) | MAGISTRATE JUDGE |
| RICH'S CAR WASH, LLC | ) | |

## NOTICE OF REMOVAL

NOW INTO COURT, by undersigned counsel, comes defendant, Rich's Car Wash, LLC ("Rich's"), and removes this action to this Court pursuant to 28 U.S.C. §§ 1332, 1441(b), and 1446, alleging as follows:

1. On or about March 1, 2018, plaintiff filed a "Petition for Damages" against Rich's ("the Petition") captioned "*Dixon Rosales versus Rich's Car Wash, LLC*," in Civil District Court for the Parish of Orleans, State of Louisiana. A copy of the Petition is attached as Exhibit "A" to this Notice.

2. Rich's was served with a copy of the Petition on March 13, 2018. This Notice of Removal is timely filed within thirty (30) days after service of the Petition.

3. In his Petition, plaintiff claims a purported violation of the Telephone Consumer Protection Act of 1991, 47 U.S.C. § 227 ("the TCPA").

4. The Court has original jurisdiction of plaintiff's purported claims under the TCPA pursuant to 28 U.S.C. § 1332, and has supplemental jurisdiction of plaintiff's other purported claims under the Louisiana Unfair Trade Practices Act pursuant to 28 U.S.C. § 1367.

5. Plaintiff originally filed suit in Civil District Court for Orleans Parish, such that venue is proper in this Court pursuant to 28 U.S.C. § 1441(a).

WHEREFORE defendant, Rich's Car Wash, LLC, respectfully removes this action to this Court for further proceedings, pursuant to 28 U.S.C. § 1441(b).

> Respectfully submitted,
>
> _/ Stephen T. Perkins /_
> Paul J. Politz, T.A. La. Bar No. 19741
> ppolitz@twpdlaw.com
> Stephen T. Perkins, La. Bar No. 21014
> sperkins@twpdlaw.com
> TAYLOR WELLONS POLITZ & DUHE, APLC
> 1515 Poydras Street, Suite 1900
> New Orleans, Louisiana 70112
> Telephone: (504) 525-9888
> Facsimile: (504) 525-9899
>
> **Attorneys for Rich's Car Wash, LLC**

## CERTIFICATE OF SERVICE

I certify that on March 22, 2018, a copy of this Notice was sent to plaintiff's counsel by electronic mail and by facsimile transmission, as follows:

> Roberto Luis Costales, Esquire
> William H. Beaumont, Esquire
> Jonathan M. Kirkland, Esquire
> BEAUMONT COSTALES LLC
> 3801 Canal Street, Suite 207
> New Orleans, Louisiana 70119
> Fax 1.504.272.2956;
> whb@beaumontcostales.com;
> jmk@beaumontcostales.com.

The Notice itself was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will also be sent to all counsel of record by operation of the Court's electronic filing system.

> _/ Stephen T. Perkins /_
> TAYLOR, WELLONS, POLITZ & DUHE, APLC