FILED

2018 MAR -1 P 4: 35

CIVIL DISTRICT COURT

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

## STATE OF LOUISIANA

NO.                                                                                    DIVISION " "

### DIXON ROSALES

### VERSUS

### RICH'S CAR WASH, LLC

FILED:_____          _____
                                          DEPUTY CLERK

### PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes plaintiff, **DIXON ROSALES**, a person of the full age of majority, who respectfully states as follows:

I.

Made defendant herein is:

a. **RICH'S CAR WASH, LLC**, a corporation licensed to do and doing business in the State of Louisiana.

II.

Jurisdiction and venue is proper because the conduct herein sued upon occurred in Orleans Parish, Louisiana.

III.

Defendant is liable to Plaintiff, to wit:

On or about November 17, 2017, plaintiff, **DIXON ROSALES**, received a text message advertisement to his cellular telephone from Defendant.

IV.

This text message advertisement was a solicitation encouraging the Plaintiff to purchase goods and services from Defendant.

V.

Specifically, the text message to Plaintiff stated "Early Black Friday Special – Rich's Car Wash - $1 Wash Clubs! online or visit one of our stores to pay and reinstate [insurance] coverage."

VI.

Plaintiff received numerous other similar advertising text message calls from Defendant.

1



VII.

Plaintiff had not expressly consented in writing prior to receiving any solicitations from Defendant. Additionally, Defendant's text messages to Plaintiff failed to include opt-out instructions.

VIII.

Defendant's text message advertisements were not addressed to Plaintiff by name, were written in an impersonal manner, and were sent using SMS short code 55678.

IX.

Defendant's text message advertisement were sent with an automated telephone dialing system, i.e. it is capable of making numerous text message calls simultaneously and without human intervention.

X.

Upon information and belief, Defendant's practice of sending text message advertisements to consumers is far-ranging and Defendant has sent thousands of such text message advertisements to thousands of consumers.

XI.

Upon information and belief, Defendant knowingly does not obtain the requisite express written consent from any consumer prior to sending these text message advertisements.

XII.

Plaintiff makes this claim on behalf of all similarly situated consumers who have received Defendant's text message advertisements. The number of similarly situated consumers is so numerous that joinder is impracticable; Plaintiff is an adequate representative and his claims are common and typical of the similarly situated consumers; and collective action treatment of their claims is the superior and appropriate means for resolving their disputes with Defendant.

XIII.

Defendant's actions were violations of 47 U.S.C. § 227, *et seq*, also known as the Telephone Consumer Protection Act. Defendant seeks for himself and all consumers all statutory damages, including treble, available under the law.

XIV.

By sending unauthorized text messages to Plaintiff's phone without consent, Defendant's

2

actions were also violations of La. R.S. 51:1401, *et seq*, also known as the Unfair Trade Practices and Consumer Protection Law. Plaintiff seeks all remedies available under that Law, including damages and attorney's fees.

WHEREFORE, the aforesaid premises considered, Plaintiff prays that Defendant, **RICH'S CAR WASH, LLC** be duly served with a copy of this petition and cited to appear and answer same, and that after due proceedings had, that there be a judgment herein in favor of Plaintiff and against Defendant herein finding said Defendant liable for the full amount of Plaintiff's and all others' damages, and all costs and attorneys' fees together with legal interest from the date of judicial demand until paid. Plaintiff requests a jury trial.

Respectfully submitted:

Roberto Luis Costales (#33696)
William H. Beaumont (#33005)
Jonathan M. Kirkland (#37937)
BEAUMONT COSTALES LLC
3801 Canal Street, Suite 207
New Orleans, LA 70119
Telephone: (504) 534-5005
Facsimile: (504) 272-2956
*Attorneys for Plaintiff*

**PLEASE SERVE:**

**RICH'S CAR WASH, LLC**
Through Registered Agent:
Dennis M. Ogan
1525 Webster Street
New Orleans, LA 70118

3

A TRUE COPY

Mark P. Favre
DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA