UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DIXON ROSALES                                                CIVIL ACTION

VERSUS                                                       NO. 18-3104

RICH'S CAR WASH, LLC                                         SECTION: M (2)

**O R D E R**

Considering that Plaintiff's Second Amended Class Action Complaint (Doc. 28) is the operative complaint;

**IT IS ORDERED** that Rich's Car Wash, LLC's Motion to Dismiss Plaintiff's Original Complaint (Doc. 6) is **DISMISSED AS MOOT**.

New Orleans, Louisiana, this 19th day of September 2018.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE