UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DIXON ROSALES                                        CIVIL ACTION

VERSUS                                               NO. 18-3104

RICH'S CAR WASH, LLC                                 SECTION: M (1)

### O R D E R

Considering that a Plaintiff's Motion for Class Certification[1] is premised on the allegations contained in the amended complaint, which has been dismissed[2] and is thus no longer the operative complaint in this action,[3] and is not supported by evidence in the record at this juncture,

IT IS ORDERED that Plaintiff's Motion for Class Certification is DENIED as premature without prejudice to refiling with supporting evidence gained through class-related discovery. This Court finds that there is good cause to extend the deadline for seeking class certification established by Local Rule 23.1(B) and will fix such a deadline after reviewing the parties' status reports.

IT IS FURTHER ORDERED that counsel for each party electronically file by December 7, 2018, a status report not to exceed five (5) pages in length, double-spaced, and should: (1) provide the status of discovery; (2) discuss when the plaintiff will be ready to re-file his motion for class certification with supporting evidence gained through discovery; (3) identify anticipated motions (other than motions *in limine*); (4) provide the parties' views about when the case will be ready for trial; (5) explain the status of settlement negotiations; and (6) identify any non-routine issue to be addressed.

---

[1] R. Doc. 19.
[2] R. Doc. 27.
[3] R. Docs. 28 & 37.

New Orleans, Louisiana, this 28th day of November 2018.

                                                                                            _____
                                                                                            BARRY W. ASHE
                                                                                           UNITED STATES DISTRICT JUDGE