UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DIXON ROSALES | CIVIL ACTION |
| VERSUS | NO. 18-3104 |
| RICH'S CAR WASH, LLC | SECTION: M (1) |

**O R D E R**

Considering the parties' status reports (R. Docs. 46 & 47),

IT IS ORDERED that Plaintiffs file their motion to certify the class by February 27, 2019.

IT IS FURTHER ORDERED that the trial of this matter is CONTINUED. A telephone scheduling conference will be held with the Case Manager on Friday, January 4, 2019 at 9:30 a.m. to select new dates a deadlines. The Case Manager will initiate the call. No new dates will be selected for initial disclosures, amendments to pleadings, third-party actions, crossclaims, or counterclaims.

New Orleans, Louisiana, this 18th day of December 2018.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE