UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DIXON ROSALES                                        CIVIL ACTION

VERSUS                                               NO. 18-3104

RICH'S CAR WASH, LLC                                 SECTION: M (1)

**O R D E R**

Before the Court is Dixon Rosales' motion to dismiss his individual claims with prejudice and the claims of putative class members without prejudice.[1] Defendant Rich's Car Wash, LLC and third-party defendant OptSpot, LLC do not oppose the motion.[2] Thus, it is appropriate to dismiss Rosales' individual claims with prejudice. Further, because no class has been certified,[3] this case is only a putative class action and the Court does not currently have jurisdiction over any putative class claims. *Jackson v. Caribbean Cruise Line, Inc.*, 2017 WL 9482238, at *3 (E.D.N.Y. Jan. 21, 2017). As a result, the dismissal of Rosales' individual claims results in the dismissal of the class claims for lack of jurisdiction. *Id.*; *see also Giordano v. Davison Design & Dev., Inc.*, 2014 WL 11531794 (S.D. Fla. Jan. 2, 2014).

Accordingly,

IT IS ORDERED that Rosales' motion to dismiss is GRANTED, and his individual claims are dismissed with prejudice, while the class claims are dismissed without prejudice for lack of jurisdiction.

---

[1] R. Doc. 72.

[2] R. Doc. 74. Rich's Car Wash, LLC's motion to withdraw its opposition to Rosales' motion to dismiss also seeks to withdraw its motion to strike class allegations and deny class certification and for sanctions (R. Doc. 71). To the extent necessary, the Court GRANTS this motion, and Rich's Car Wash, LLC' motion to strike class allegations and deny class certification and for sanctions is hereby removed from the docket.

[3] R. Doc. 43, Order & Reasons denying Rosales' motion for class certification as premature.

New Orleans, Louisiana, this 26th day of July 2019.

                                                            _____
                                                            BARRY W. ASHE
                                                            UNITED STATES DISTRICT JUDGE