**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

DIXON ROSALES                                         CIVIL ACTION

VERSUS                                                     NUMBER: 18-3104

RICH'S CAR WASH, LLC                          SECTION: M (1)

## J U D G M E N T

In accordance with the Court's Order granting the plaintiff's Motion to Dismiss, R. Doc. 75,

**IT IS ORDERED, ADJUDGED AND DECREED** that the individual claims of plaintiff Dixon Rosales are hereby DISMISSED WITH PREJUDICE.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the class claims are hereby DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Third-Party Complaint of Rich's Car Wash, LLC against OptSpot, LLC and the Counter Claim of OptSpot, LLC against Rich's Car Wash, LLC are hereby DISMISSED WITHOUT PREJUDICE.

New Orleans, Louisiana, this 31st day of July 2019.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE